UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
AXA Insurance Co.

: 09 Civ. 8267 (RWS)

-v.-

Fikes Truck Line, Inc.
------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/8/10
```

Please be advised that the conference scheduled for Feb 10, 10 has been rescheduled to March 24, 10 at 4:30pm in Courtroom 18C

Please notify opposing counsel of the change.

SO ORDERED.

Dated: New York, New York
2/8/10

ROBERT W. SWEET
United States District Judge